IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| V. | : | CRIMINAL NO. 13-659 |
| DAVID BARNHOUSE | : | |

ORDER

AND NOW, this 20th day of October 2014, upon consideration of the motion of the government to dismiss Counts Three, Five, and Six of the Superseding Indictment, it is hereby ORDERED that those counts are Dismissed.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES II
*Judge, United States District Court*